# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

10-20456

CHAPTER 13 PLAN
(INDIVIDUAL ADJUSTMENT OF DEBTS)

**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN**

DEBTOR:  Timothy Lewis Garrison   SS#  xxx-xx-6499

SS#

ADDRESS:  4208 Brenmar Drive, Memphis, TN  38122

PLAN PAYMENT:  Debtor to pay $ 322.00   Weekly **Every Two Weeks** Semi-monthly Monthly

PAYROLL DEDUCTION:  Shippers Express    OR ( ) DIRECT PAY

1651 Kerr Drive   BECAUSE:

Jackson, MS 39204   FIRST PAYMENT:

ADMINISTRATIVE:  Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE:  ( )Not included in Plan  ( ) Included in Plan

PAYMENT

CHILD SUPPORT:   Future Support through Plan to

Child Support Arrearage to

PRIORITY CREDITORS:  Dept of Finance/ State of Arkansas (taxes) ($4,730)   $   79.00

HOME MORTGAGE:  If no arrearage, ongoing payments are to be paid directly by the debtor(s).
GMAC     ongoing payment begins  April 2010    $  960.00
Approximate arrearage  13440   Interest  0.00%   $  224.00
ongoing payment begins
Approximate arrearage    Interest

**ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT**

| SECURED CREDITORS:<br>(retain Lien 11 U.S.C. § 1325(a)(5)) | VALUE OF COLLATERAL | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as unsecured debts.** UNSECURED CREDITORS:  Pay  to be determined  % of these claims after above claims are paid;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: _____ ;
TERMINATION:  Plan shall terminate upon payment of the above, approximately  **60**  months.