**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

___

**IN RE:**

**TIMOTHY L. GARRISON,**　　　　　　　　　　**CHAPTER 13**
　　　　　　　　　　　　　　　　　　　　　　　　　**CASE NO. 10-20456-D**
　　　　　　　　　　　　　　　　　　　　　　　　　**SS# XXX-XX-6499**

**DEBTOR.**

___

**MOTION TO MODIFY PLAN POST-CONFIRMATION**
**TO FORGIVE MISSED PAYMENTS**
**AND TO ADVANCE MORTGAGE PAYMENTS**

___

　　　　Comes now the debtor, by and through counsel, and hereby moves this Court to modify the plan post-confirmation to forgive payments missed under the Chapter 13 Plan and to advance the ongoing mortgage payments due under the Chapter 13 Plan. In support of said motion, Debtor would show unto the Court that he was temporarily unemployed and fell behind on the plan payments. Debtor has now obtained new employment and sending in the plan payments to the Chapter 13 Trustee's Office. Further, Debtor would show unto the Court that as a result the mortgage payments to GMAC Mortgage, P.O. Box 4622, Waterloo, IA 50704, were not made. Debtor proposes that the ongoing monthly payments be advanced three months.

　　　　WHEREFORE, PREMISES CONSIDERED, Debtor prays that this matter be set for a hearing, that the Court enter an order forgiving the payments missed, that the court modify the plan post-confirmation to advance the ongoing mortgage payments three months, and that the Chapter 13 Trustee modify the plan payments accordingly.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　/s/ Jimmy E. McElroy    #011908
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)
　　　　　　　　　　　　　　　　　　　　　　　3780 S. Mendenhall
　　　　　　　　　　　　　　　　　　　　　　　Memphis, TN  38115

Certificate of Service
The undersigned certifies that the above motion was mailed VIA United State Postal Service to all parties listed below on March 2, 2011.
　　　　　　　　　　　　　　　　　　　　　　　/s/Jimmy E McElroy

Debtor(s)
Debtor's Attorney
Case Trustee
All Entities on Matrix
GMAC Mortgage, P.O. Box 4622, Waterloo, IA 50704