**Dated: November 15, 2012
The following is SO ORDERED:**

_____
Paulette J. Delk
**UNITED STATES BANKRUPTCY JUDGE**

_____

IT517

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                                          Chapter 13
TIMOTHY LEWIS GARRISON
Debtor(s)                                                  Case No. 10-20456-D
SSN(1) XXX-XX-6499

---

Order Dismissing Case; Directing Trustee To File Final
Accounting And Directing Employer To Cease Deductions

---

It appearing to the Court from the statements of the Chapter 13 Trustee and the entire record herein that the above referenced case should be dismissed for debtor's failure to abide by court orders.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the above referenced case is hereby dismissed, the Trustee is directed to file a final accounting and disburse the funds in his hands, and the employer is to stop withholding payments for the Chapter 13 Trustee in this matter.

/S/ George W. Stevenson
Chapter 13 Trustee

CC:    George W. Stevenson

TIMOTHY LEWIS GARRISON
4208 BRENMAR DRIVE
MEMPHIS, TN  38122
TURN PIKE TRANSIT
2100 S BRENTWOOD AVENUE
SUITE C
SPINGFIELD, MO  65804

JIMMY MCELROY, ATTY.

All Creditors

CS